**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re:                                            )
                                                  )
Movie Gallery, Inc., et al                        )          Case No. 10-30696-DOT
    Debtors                                       )
    Chapter 11


**APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **Movie Gallery, Inc.**

| | |
|---|---|
| Warner Home Video<br>Attn: Wayne M. Smith<br>4000 Warner Blvd<br>Bldg 156, Room 5158<br>Burbank, CA 91522<br>Phone: 818-954-6007<br>Fax: 818-954-5434<br>Email: wayne.smith@warnerbros.com | Sony Pictures Home Entertainment<br>Attn: Michael Schillo<br>10202 W. Washington Blvd<br>SPP 2414<br>Culver City, CA 90232<br>Phone: 310-244-8596<br>Fax: 310-244-0188<br>Email: michael_schillo@spe.sony.com |
| Twentieth Century Fox Home Entertainment<br>Attn: Al Leonard<br>2121 Avenue of the Stars, #2500<br>Los Angeles, CA 90067<br>Phone: 310-369-7289<br>Fax: 310-369-4713<br>Email: al.leonard@fox.com | Universal Studios Home Entertainment, LLC<br>Attn: John Roussey<br>100 Universal City Plaza<br>1440 Building, 16th Floor<br>Universal City, CA 91608<br>Phone: 818-777-7601<br>Fax: 818-866-2314<br>Email: john.roussey@nbcuni.com |
| Paramount Home Entertainment<br>Attn: Andi Marygold<br>5555 Melrose Ave.<br>Bluhdorn #213<br>Hollywood, CA 90038<br>Phone: 323-956-5489<br>Fax: 323-862-1183<br>Email: andi_marygold@paramount.com | Realty Income Corporation<br>Attn: Michael Pfeiffer<br>600 La Terraza Boulevard<br>Escondido, CA 92025<br>Phone: 760-741-2111<br>Fax: 760-741-2235<br>Email: mpfeiffer@realtyincome.com |
| RR Donnelley & Sons<br>Attn: Dan Pevonka<br>3075 Highland Parkway<br>Downers Grove, IL 60515<br>Phone: 630-322-6931<br>Fax: 630-322-6052<br>Email: dan.pevonka@rrd.com | Weingarten Realty Investors<br>Attn: Jenny J. Hyun<br>2600 Citadel Plaza Dr., Suite 125<br>Houston, TX 77008<br>Phone: 713-866-6000<br>Fax: 713-880-6146<br>Email: jhyun@weingarten.com |

_____
Robert B. Van Arsdale, AUST (VBN 17483)
Shannon F. Pecoraro, Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

Regency Centers LP
Attn: Ernst Bell
One Independent Drive, Suite 114
Jacksonville, FL 32202
Phone: 904-598-7685
Fax: 904-354-6094
Email: ernstbell@regencycenters.com

                W. CLARKSON MCDOW, JR.
                UNITED STATES TRUSTEE FOR
                REGION FOUR

Date: February 8, 2010        By:  /s/ Robert B. Van Arsdale
                  Robert B. Van Arsdale
                  Assistant U.S. Trustee


    I hereby certify that a true copy of the foregoing Appointment of Unsecured Creditors Committee was served via electronic delivery, fax or first class mail, postage prepaid, this 8th day of February  2010 to members of the committee as listed above, and counsel for the debtors.

                /s/ Robert B. Van Arsdale
               Robert B. Van Arsdale
               Assistant U.S. Trustee