| | |
|---|---|
| John A. Bicks (NY 2032498) | Michael A. Condyles (VA 27807) |
| SONNENSCHEIN NATH & ROSENTHAL LLP | Peter J. Barrett (VA 46179) |
| 1221 Avenue of the Americas | Jeremy S. Williams (VA 77469) |
| New York, NY 10020-1089 | KUTAK ROCK LLP |
| Telephone: (212) 768-6700 | Bank of America Center |
| | 1111 East Main Street, Suite 800 |
| | Richmond, Virginia 23219-3500 |
| | Telephone: (804) 644-1700 |

*Attorneys for Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOVIE GALLERY, INC., et al.,[1] | ) Case No. 10-30696-DOT |
| | ) |
| Debtors. | ) |
| | ) |

**ORDER GRANTING THE MOTION FOR EXPEDITED HEARING AND TO AMEND NOTICE REQUIREMENTS ON MOTION OF THE DEBTORS FOR ENTRY OF ORDER: (I) APPROVING AGREEMENT WITH GREAT AMERICAN WF, LLC; (II) AUTHORIZING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS ENCUMBRANCES AND INTERESTS; (III) APPROVING A BREAK-UP FEE; (IV) APPROVING THE FORM AND MANNER OF THE NOTICE OF SUCH SALE; AND (V) GRANTING RELATED RELIEF**

THIS MATTER comes before the Court upon the *Motion for Expedited Hearing and to Amend Notice Requirements on Motion of the Debtors for Entry of Order: (I) Approving Agreement with Great American WF, LLC; (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Claims Encumbrances and Interests; (III) Approving a Break-Up Fee; (IV) Approving the Form and Manner of the Notice of Such Sale; and (V) Granting Related Relief* (the "Motion") filed by the above-captioned debtors (collectively, the "Debtors"), and it appearing that good cause exists as set forth in the Motion, it is **ORDERED, ADJUDGED AND DECREED** that:

---

[1] The Debtors in the cases are Movie Gallery, Inc., Hollywood Entertainment Corporation, Movie Gallery US, LLC, MG Real Estate, LLC, and HEC Real Estate, LLC.

4818-5057-1526.1

A. The Motion is hereby granted;

B. The hearing on the Debtors' *Motion for Expedited Hearing and to Amend Notice Requirements on Motion of the Debtors for Entry of Order: (I) Approving Agreement with Great American WF, LLC; (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Claims Encumbrances and Interests; (III) Approving a Break-Up Fee; (IV) Approving the Form and Manner of the Notice of Such Sale; and (V) Granting Related Relief* (the "Sale Motion") shall be heard on an expedited basis on May 19, 2010 at 10:00 a.m.;

C. Objections to the Sale Motion shall be filed on or before 12:00 p.m. on May 18, 2010; and

D. The notice requirements under Rule 2002 of the Federal Rules of Bankruptcy Procedure are hereby modified such that the Debtors are not required to give notice of the Sale Motion to any current or former employees.

Date: May ___, 2010  
Richmond, Virginia

_____  
United States Bankruptcy Judge

We ask for this:

/s/ Michael A. Condyles

**KUTAK ROCK LLP**
    Michael A. Condyles (VA 27807)
    Peter J. Barrett (VA 46179)
    Jeremy S. Williams (VA 77469)
    Bank of America Center
    1111 East Main Street, Suite 800
    Richmond, Virginia 23219-3500
    Telephone: (804) 644-1700
    Fax: (804) 783-6192

                and

**SONNENSCHEIN NATH & ROSENTHAL LLP**
    John A. Bicks (NY 2032498)
    1221 Avenue of the Americas
    New York, NY 10020-1089
    Telephone: (212) 768-6700
    Fax: (212) 768-6800

    *Attorneys for Debtors and Debtors in Possession*

## LOCAL RULE 9022-1(C)(2) CERTIFICATION

The undersigned hereby certifies that the foregoing proposed Order has been served upon all necessary parties, which necessary parties consist of the creditors and parties in interest constituting the Core Group, the 2002 List and the Affected Entities, as such terms are defined in that certain Order Establishing Certain Notice, Case Management and Administrative procedures [Docket No. 118] entered by the Court on February 8, 2010. On May 13, 2010, service of the proposed Order was effected on the aforementioned parties by electronic mail, overnight mail and/or first class mail, postage prepaid (only if electronic mail or overnight mail was unavailable).

                                                        /s/ Michael A. Condyles