John A. Bicks (NY 2032498)            Michael A. Condyles (VA 27807)
Louis A. Curcio (NY 4016267)          Peter J. Barrett (VA 46179)
Linda Bechutsky (NY 4642476)          Jeremy S. Williams (VA 66749)
SONNENSCHEIN NATH & ROSENTHAL LLP     KUTAK ROCK LLP
1221 Avenue of the Americas           Bank of America Center
New York, New York 10020-2089         1111 East Main Street, Suite 800
                                      Richmond, Virginia  23219-3500
                                      Telephone:  (804) 644-1700

*Attorneys for Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MOVIE GALLERY, INC., et al.,[1] ) | Case No. 10-30696-DOT |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF FILING OF NINTH 2002 LIST DATED AUGUST 2, 2010

PLEASE TAKE NOTICE THAT the above-captioned debtors (collectively, the "Debtors") hereby file the ninth 2002 List dated August 2, 2010 (the "2002 List") pursuant to L.B.R. 2002-1.

PLEASE TAKE FURTHER NOTICE THAT attached hereto as **Exhibit A** is a list of all parties on the 2002 List as of August 2, 2010.

PLEASE TAKE FURTHER NOTICE THAT this notice was served on those identified on **Exhibit A** via the method specified therein on August 2, 2010.

---

[1] The Debtors in the cases are Movie Gallery, Inc.; Hollywood Entertainment Corporation; Movie Gallery US, LLC, MG Real Estate, LLC, and HEC Real Estate, LLC.

| | |
|---|---|
| Dated: August 2, 2010<br>Richmond, Virginia | /s/ Jeremy S. Williams<br>Michael A. Condyles (VA 27807)<br>Peter J. Barrett (VA 46179)<br>Jeremy S. Williams (VA 77469)<br>**KUTAK ROCK LLP**<br>Bank of America Center<br>1111 East Main Street, Suite 800<br>Richmond, Virginia  23219-3500<br>Telephone:  (804) 644-1700<br>Facsimile:   (804) 783-6192<br><br>and<br><br>John A. Bicks (NY 2032498)<br>Louis A. Curcio (NY 4016267)<br>Linda Bechutsky (NY 4642476)<br>**SONNENSCHEIN NATH & ROSENTHAL LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-2089<br><br>*Attorneys for Debtors and Debtors in Possession* |