"VOD" has the meaning ascribed to such term in Article II.B.2. hereof.

"Voting Classes" has the meaning ascribed to such term in Article I.D. hereof.

"Voting Deadline" means [ ]:00 [ ].m. prevailing Eastern Time on [          ], 2010.

"Voting Instructions" means those certain detailed voting instructions, which are attached to the Ballots and distributed as part of the Solicitation Package.

"VPD" has the meaning ascribed to such term in Article IV.F.2.a hereof.

"VPD Asset Purchase Agreement" has the meaning ascribed to such term in Article IV.F.2.a hereof.

"Warner Home Video" Video means Warner Home Video, a division of Warner Bros. Home Entertainment, Inc.

## X. CONCLUSION AND RECOMMENDATION

The Debtors believe the Plan is in the best interests of all Holders of Claims and Interests and urge all Holders of Claims entitled to vote to accept the Plan and to evidence such acceptance by returning their Ballots so they will be received by the Debtors' Claims Agent no later than _____.

Dated: September 8, 2010

    MOVIE GALLERY, INC., et al.
    (for itself and on behalf of the Affiliate Debtors)

    By: /s/Wesley D. Sand
    Name: Wesley D. Sand
    Title: President and COO

Respectfully submitted,

**KUTAK ROCK LLP**
By: /s/ Michael A. Condyles
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
Fax: (804) 783-6192

and

**SONNENSCHEIN NATH & ROSENTHAL LLP**
John A. Bicks (NY 2032498)
Louis A. Curcio (NY 4016267)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Fax: (212) 768-6800

*Attorneys for Debtors and Debtors in Possession*