| | |
|---|---|
| Christopher J. Carolan (admitted *pro hac vice*) | Michael A. Condyles (VA 27807) |
| BROWN RUDNICK LLP | Peter J. Barrett (VA 46179) |
| Seven Times Square | Jeremy S. Williams (VA 77469) |
| New York, New York 10036 | KUTAK ROCK LLP |
| Telephone: (212) 209-4937 | Bank of America Center |
| | 1111 East Main Street, Suite 800 |
| and | Richmond, Virginia 23219-3500 |
| | Telephone: (804) 644-1700 |

Andrew M. Sroka (admitted *pro hac vice*)
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8174

*Attorneys for Corliss Moore & Associates, LLC,
Liquidating Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOVIE GALLERY, INC., <u>et al.</u>,[1] | ) | Case No. 10-30696-DOT |
| | ) | |
| Debtors. | ) | |
| | ) | |

## AMENDED NOTICE OF MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND THE SALE OF THE VIDEO LIBRARY ASSETS PURSUANT TO THE ASSET PURCHASE AGREEMENT AND FREE AND CLEAR OF ALL LIENS, <u>CLAIMS, ENCUMBRANCES AND INTERESTS</u>

**PLEASE TAKE NOTICE THAT** Corliss Moore & Associates, LLC, trustee for the First Lien Term Lenders Liquidating Trust (the "<u>Liquidating Trustee</u>"), as successor in interest to the Debtors, has filed with the Court the Motion of the Debtors for Entry of an Order Authorizing the Assumption and Assignment of Executory Contracts and the Sale of the Video Library Assets Free and Clear of All Liens, Claims, Encumbrances and Interests (the "<u>Motion</u>").

---

[1] The Debtors in the cases are Movie Gallery, Inc., Hollywood Entertainment Corporation, Movie Gallery US, LLC, MG Real Estate, LLC, and HEC Real Estate, LLC.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing on the Motion originally scheduled for December 21, 2010 and the related response period are amended pursuant to this notice.

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected</u>.** You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' chapter 11 cases, an Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 118] (the "<u>Case Management Order</u>") was entered by the Court on February 8, 2010, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. A copy of the Case Management Order may be obtained at no charge at www.kccllc.net/moviegallery or for a fee via PACER at www.vaeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE THAT** if you do not timely file and serve a written objection to the relief requested in the Motion, the Court may deem any opposition waived, treat the Motion as conceded and enter an order granting the relief requested in the Motion without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Case Management Order, if you wish to oppose the Motion, **on or before 5:00 p.m. prevailing Eastern Time on December 3, 2010, or such shorter time as the Court may hereafter order and of which you may receive subsequent notice (the "<u>Objection Deadline</u>")**, you must file with the Court, at the address shown below, a written objection pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order:

Clerk of the Court
United States Bankruptcy Court
701 East Broad Street
Richmond, Virginia 23219

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Case Management Order, you must also serve a copy of your written objection on the Core Group, the 2002 List and the Affected Entities, as such terms are defined in the Case Management Order so that the documents **are received on or before the Objection Deadline**.

**PLEASE TAKE FURTHER NOTICE THAT** the matter will be scheduled for hearing on **December 8, 2010 at 12:30 p.m.** prevailing Eastern Time, in the United States Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, Virginia 23219.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Order before filing any written objection to the Motion.

Dated: November 24, 2010  
Richmond, Virginia

**KUTAK ROCK LLP**

By: /s/ Michael A. Condyles

    Michael A. Condyles (VA 27807)
    Peter J. Barrett (VA 46179)
    Jeremy S. Williams (VA 77469)
    Bank of America Center
    1111 East Main Street, Suite 800
    Richmond, Virginia  23219-3500
    Telephone:  (804) 644-1700
    Fax:  (804) 783-6192

    and

**BROWN RUDNICK LLP**

    Christopher J. Carolan (admitted *pro hac vice*)
    7 Times Square
    New York, New York
    Telephone:  (212) 209-4937
    Fax:  (212) 209-4937

    and

    Andrew M. Sroka (admitted *pro hac vice*)
    One Financial Center
    Boston, Massachusetts 02111
    Telephone:  (617) 856-8200
    Fax:  (617) 289-48201

*Attorneys for Corliss Moore & Associates, LLC, Liquidating Trustee*